PICKANDS, MATHER & CO.,
Chisholm Mines, Movants,

v.

Clifford ONEY et al., Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

William J. Baird, III, Baird & Baird, Pikeville, for movants.

Kelsey E. Friend, Pikeville, Kenneth E. Hollis, Gen. Counsel, Dept. of Labor, Frankfort, John Riehl, Jr., Asst. Counsel, Dept. of Labor, Louisville, William L. Huffman, Director, Workmen's Compensation Bd., Frankfort, for respondents.

OPINION AND ORDER

The motion of Pickands, Mather & Co.; Chisholm Mines, for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered January 13, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.